IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LARRY RIVAS,<br><br>                Defendant. | 4:16-CR-3068<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on the Magistrate Judge's Findings and Recommendation on Plea of Guilty (filing 22) recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation on Plea of Guilty are adopted.
2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.
3. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence.
4. This case shall proceed to sentencing.

Dated this 18th day of August, 2016.

                                            BY THE COURT:

                                            John M. Gerrard
                                            United States District Judge